

*500 Bausch & Lomb Place*
*Rochester, NY 14604*

**WOODS OVIATT GILMAN LLP**

**ATTORNEYS**
woodsdefaultservices.com

P 855-227-5072
F 585-454-0302

*bkinbox@woodsdefaultservices.com*

May 12, 2021

Hon. Cecelia G. Morris
United States Bankruptcy Court
355 Main Street
Poughkeepsie, NY 12601-3315

Re:                        Rosa Lidia Mendez,
Case No.:              21-35090-cgm
Property Address:   3 Beyersdorfer Road, Kingston, NY 12401

Dear Honorable Cecelia G. Morris:

The Secured Creditor, Carrington Mortgage Services, LLC as servicing agent for Deutsche Bank National Trust Company, as Indenture Trustee, for New Century Home Equity Loan Trust 2005-3 hereby withdraws its Objection to Confirmation that was filed on March 4, 2021, (ECF 13) in consideration of the Amended Chapter 13 Plan filed on May 6, 2021, (ECF 22).

If you have any further questions, please feel free to contact me.

Very truly yours,

WOODS OVIATT GILMAN LLP

*/s/Brittany J. Maxon*

Brittany J. Maxon, Esq.

BJM/plm

Cc:
Julius A. Rivera Jr.
Krista M. Preuss
Office of the U.S. Trustee - Southern Poughkeepsie
(via ECF)

104780-4