UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:

ROSA LIDIA MENDEZ
*Aka* Rosa L. Mendez

Debtor.

SSN xxx-xx-1775

-------------------------------------------------------------x

Case No. 21-35090-CGM
Chapter 13

# ORDER CONFIRMING CHAPTER 13 PLAN

Definitions: **Definitions used in the Debtor's Plan apply to this Order.**

The Debtors' plan was filed on February 17, 2021 and was amended on May 6, 2021 (the "Plan"). The plan was transmitted to creditors pursuant to Bankruptcy Rule 3015 and Local Rule 3015-1(c) and 3015-2. The Court finds that the Plan meets the requirements of 11 U.S.C. §1325. Accordingly,

**IT IS ORDERED THAT:**

The Plan is hereby **CONFIRMED.**



**Dated: June 11, 2021
Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge**